FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0177

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0177

_____

IN RE THE MARRIAGE OF:

FAYE ANN PURMORT,

       Petitioner and Appellee,

  and                                                                        O R D E R

STEVE WAYNE PURMORT,

       Respondent and Appellant.

_____

Upon the Stipulation to Dismiss Appeal filed by the parties and good cause appearing,
IT IS ORDERED that the appeal is DISMISSED WITH PREJUDICE.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2021